## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Dianne M. Cain                    CHAPTER 13
        Paul G. Cain

                                                      BKY. NO. 19-22831 CMB
                  <u>Debtor(s)</u>

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of New Residential Mortgage Loan Trust 2017-3 and index same on the master mailing list.

                                               Respectfully submitted,

                                               **/s/James C. Warmbrodt, Esquire**
                                               James C. Warmbrodt, Esquire
                                               Attorney I.D. No. 42524
                                               KML Law Group, P.C.
                                               BNY Mellon Independence Center
                                               701 Market Street, Suite 5000
                                               Philadelphia, PA 19106
                                               412-430-3594
                                               jwarmbrodt@kmllawgroup.com