**2100 B (12/15**)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 19-22831-CMB
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Paul G. Cain<br>1324 Breezewood Drive<br>Homestead PA 15120 | Dianne M. Cain<br>1324 Breezewood Drive<br>Homestead PA 15120 |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/27/2020.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 23: New Residential Mortgage Loan Trust 2017-3, c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129 | New Residential Mortgage Loan Trust 2017-3<br>c/o Nationstar Mtg LLC dba Mr.Cooper<br>P.O. Box 619094<br>Dallas, TX 75261-9741 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  01/30/20

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Paul G. Cain  
Dianne M. Cain  
    Debtors

Case No. 19-22831-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dpas     Page 1 of 1     Date Rcvd: Jan 28, 2020  
                         Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2020.  
15125612       +New Residential Mortgage Loan Trust 2017-3,    c/o Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2020            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2020 at the address(es) listed below:  
       Dennis J. Spyra     on behalf of Joint Debtor Dianne M. Cain attorneyspyra@dennisspyra.com, deborah@dennisspyra.com;missdebrastone@msn.com  
       Dennis J. Spyra     on behalf of Debtor Paul G. Cain attorneyspyra@dennisspyra.com, deborah@dennisspyra.com;missdebrastone@msn.com  
       James Warmbrodt     on behalf of Creditor    New Residential Mortgage Loan Trust 2017-3 bkgroup@kmllawgroup.com  
       Jeffrey R. Hunt     on behalf of Creditor    BOROUGH OF WEST HOMESTEAD, jhunt@grblaw.com, cnoroski@grblaw.com  
       Jodi L. Hause     on behalf of Creditor    The Bank Of New York Mellon, et.al. jodi.hause@phelanhallinan.com, pawb@fedphe.com  
       Keri P. Ebeck     on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com  
       Kevin M Buttery     on behalf of Creditor    New Residential Mortgage Loan Trust 2017-3 kbuttery@rascrane.com  
       Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
       Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
                                                                   TOTAL: 9