**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**


IN RE: Paul G. Cain                                          CHAPTER 13
       Dianne M. Cain
           Debtor(s)                       BKY. NO. 19-22831 CMB


**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of THE BANK OF NEW YORK MELLON
FKA THE BANK OF NEW YORK AS SUCCESSOR INDENTURE TRUSTEE TO
JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE FOR THE CWABS
REVOLVING HOME EQUITY LOAN ASSET BACKED NOTES, SERIES 2004-E and
index same on the master mailing list.



                    Respectfully submitted,


/s/ **Brian C. Nicholas**

Brian Nicholas
02 Dec 2020, 14:02:42, EST

Brian C. Nicholas, Esq. (317240) ☑
Maria D. Miksich, Esq. (319383) ☐
Rebecca A. Solarz, Esq. (315936) ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com