IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 19-22831-CMB |
| Paul G. Cain | : | |
| Dianne M. Cain, | : | Chapter 13 |
|     Debtors, | : | |
| | : | |
| Paul G. Cain | : | |
| Dianne M. Cain, | : | |
|     Movants, | : | |
| | : | Related to Document Nos. 1, 12 |
|     v. | : | |
| | : | |
| No Respondent. | : | |

### NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, Dennis J. Spyra, Esq., counsel for the debtors in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case.

Law Offices of Frederic I. Weinberg
375 E. Elm Street, Suite 210
Conshohocken, PA 19428

Weltman, Weinberg & Reis Co., LPA
436 7th Avenue, Suite 2500
Pittsburgh, PA 15219

                                                By:    /s/ Dennis J. Spyra, Esq.
                                                                       3265 Long Hollow Road
                                                                       Elizabeth, PA 15037
                                                                       (412) 673-5228
                                                                       attorneyspyra@dennisspyra.com
                                                                       PA I.D. # 46188

PAWB Local Form 30 (07/13)