IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 19-22831-CMB |
| Paul G. Cain | : | Chapter 13 |
| Dianne M. Cain, | : | |
|       Debtors, | : | |
| | : | |
| Paul G. Cain | : | Related to Document Nos. 15, 59 |
| Dianne M. Cain, | : | |
|       Movants, | : | |
| | : | |
|       v. | : | |
| | : | |
| No Respondent. | : | |

**CERTIFICATE OF SERVICE OF MEETING OF CREDITORS NOTICE AND NOTICE RE: MODIFICATION TO MAILING MATRIX**

      I certify under penalty of perjury that I served the above-captioned pleading(s) on the parties at the addresses specified below or on the attached list on June 16, 2022.

      The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: see below.

      If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

Service by First-Class Mail:

| | |
|---|---|
| Law Offices of Frederic I. Weinberg | Weltman, Weinberg & Reis Co., LPA |
| 375 E. Elm Street, Suite 210 | 436 7th Avenue, Suite 2500 |
| Conshohocken, PA 19428 | Pittsburgh, PA 15219 |

Service by NEF:

| | |
|---|---|
| Office of the U.S. Trustee | Ronda J. Winnecour |
| 1001 Liberty Avenue | Suite 3250 USX Tower |
| Liberty Center, Suite 970 | 600 Grant Street |
| Pittsburgh, PA 15222 | Pittsburgh, PA 15219 |

EXECUTED ON: June 16, 2022       By:    /s/ Dennis J. Spyra, Esq.
                                                                                          Dennis J. Spyra & Associates
                                                                                   3265 Long Hollow Road
                                                                                    Elizabeth, PA 15037
                                                                                    (412) 673-5228
                                                                                    attorneyspyra@dennisspyra.com
                                                                                    PA I.D. # 46188