**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

07/31/2023

IN RE:

| | |
|---|---|
| PAUL G. CAIN<br>DIANNE M. CAIN<br>1324 BREEZEWOOD DRIVE<br>HOMESTEAD, PA 15120<br>XXX-XX-5178          Debtor(s)<br><br>XXX-XX-2319 | Case No.19-22831 CMB<br><br>Chapter 13 |

### NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

7/31/2023

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: LOWES/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 1220 |
| **KERI P EBECK ESQ**<br>BERNSTEIN BURKLEY<br>601 GRANT ST 9TH FL<br><br>PITTSBURGH, PA 15219 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: DUQ LITE/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **ALLY BANK(*)**<br>ATTN TRUSTEE PAYMENT CENTER<br>PO BOX 78367<br><br>PHOENIX, AZ 85062-8367 | Trustee Claim Number: 3   INT %: 4.89%<br>Court Claim Number: 19<br><br>CLAIM: 10,217.91<br>COMMENT: CL19GOV@PIF*300/PL@ALLYFNNCL@LTCD*MATURED 12/2021 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 2298 |
| **BANK OF AMERICA NA****<br>PO BOX 660933<br><br>DALLAS, TX 75266 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number: 17<br><br>CLAIM: 0.00<br>COMMENT: PMT/DECL*DK4LMT*2ND | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 3817 |
| **SANTANDER CONSUMER USA**<br>PO BOX 560284<br><br>DALLAS, TX 75356 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number: 4<br><br>CLAIM: 0.00<br>COMMENT: 445/PL*445.79x(60+2)=LMT*910 CL | CRED DESC: VEHICLE<br>ACCOUNT NO.: 1736 |
| **NEW RESIDENTIAL MORTGAGE LOAN TRUST 20**<br>C/O NATIONSTAR MORTGAGE LLC<br>PO BOX 619094<br><br>DALLAS, TX 75261-9741 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number: 23<br><br>CLAIM: 0.00<br>COMMENT: CL23GOV*960/PL@SLS*959.28x(60+2)=LMT*1ST*BGN 8-19*FR SLS*DOC 34 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 3411 |
| **AMERICAN EXPRESS NATIONAL BANK**<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br><br>MALVERN, PA 19355-0701 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number: 11<br><br>CLAIM: 1,927.03<br>COMMENT: 3143/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1008 |
| **AMERICAN EXPRESS NATIONAL BANK**<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br><br>MALVERN, PA 19355-0701 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 13<br><br>CLAIM: 757.84<br>COMMENT: 0173/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1005 |
| **BANK OF AMERICA NA****<br>PO BOX 15102<br><br>WILMINGTON, DE 19886-5102 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number: 16<br><br>CLAIM: 7,225.01<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5946 |
| **BANK OF AMERICA NA****<br>PO BOX 15102<br><br>WILMINGTON, DE 19886-5102 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number: 15<br><br>CLAIM: 5,730.99<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3385 |

CLAIM RECORDS

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **BANK OF AMERICA NA\*\*** <br> PO BOX 15102 <br> WILMINGTON, DE 19886-5102 | Trustee Claim Number: 11  INT %: 0.00% <br> Court Claim Number: 14 | CLAIM: 4,007.14 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 4731 |
| **CAPITAL ONE\*\*** <br> 6125 LAKEVIEW RD STE 800 <br> CHARLOTTE, NC 28269 | Trustee Claim Number: 12  INT %: 0.00% <br> Court Claim Number: | CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 4996 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF** <br> PO BOX 71083 <br> CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 13  INT %: 0.00% <br> Court Claim Number: 10 | CLAIM: 292.12 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 8602 |
| **CAPITAL ONE NA BY AMERICAN INFOSOURCE -** <br> PO BOX 71083 <br> CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 14  INT %: 0.00% <br> Court Claim Number: 5 | CLAIM: 2,039.19 <br> COMMENT: HSBC/CAP ONE | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 4443 |
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE B** <br> C/O JPMORGAN CHASE BANK NA <br> PO BOX 15368 <br> WILMINGTON, DE 19850 | Trustee Claim Number: 15  INT %: 0.00% <br> Court Claim Number: 9 | CLAIM: 7,230.34 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 6709 |
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE B** <br> C/O JPMORGAN CHASE BANK NA <br> PO BOX 15368 <br> WILMINGTON, DE 19850 | Trustee Claim Number: 16  INT %: 0.00% <br> Court Claim Number: 6 | CLAIM: 1,357.66 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 3247 |
| **LVNV FUNDING LLC** <br> C/O RESURGENT CAPITAL SVCS <br> PO BOX 10587 <br> GREENVILLE, SC 29603-0587 | Trustee Claim Number: 17  INT %: 0.00% <br> Court Claim Number: 12 | CLAIM: 1,512.90 <br> COMMENT: SHERMAN/CITIBANK | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 8194 |
| **CITIBANK NA\*\*** <br> 6716 GRADE LN BLDG 9 STE 910-PY DEPT <br> LOUISVILLE, KY 40213-3439 | Trustee Claim Number: 18  INT %: 0.00% <br> Court Claim Number: 25 | CLAIM: 525.25 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 7787 |
| **DISCOVER BANK(\*)** <br> C/O DISCOVER PRODUCTS INC <br> PO BOX 3025 <br> NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 19  INT %: 0.00% <br> Court Claim Number: 1 | CLAIM: 7,565.76 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 2757 |
| **DISCOVER BANK(\*)** <br> C/O DISCOVER PRODUCTS INC <br> PO BOX 3025 <br> NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 20  INT %: 0.00% <br> Court Claim Number: 2 | CLAIM: 3,498.27 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 1211 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **DISCOVER STUDENT LOANS**<br>ATTN BKRPTCY NOTICING<br>PO BOX 30925<br>SALT LAKE CITY, UT  84130 | Trustee Claim Number:21  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0119 |
| **MERRICK BANK**<br>C/O RESURGENT CAPITAL SVCS**<br>POB 10368<br>GREENVILLE, SC  29603-0368 | Trustee Claim Number:22  INT %: 0.00%<br>Court Claim Number:7<br>CLAIM:  1,497.02<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4677 |
| **MERRICK BANK**<br>C/O RESURGENT CAPITAL SVCS**<br>POB 10368<br>GREENVILLE, SC  29603-0368 | Trustee Claim Number:23  INT %: 0.00%<br>Court Claim Number:8<br>CLAIM:  1,267.73<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0419 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:24  INT %: 0.00%<br>Court Claim Number:3<br>CLAIM:  5,757.13<br>COMMENT:  24.11%/FACE*SIGNED @ SEAL*12/2015 LOAN*FR ONE MAIN*DOC 29 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2943 |
| **CITIBANK NA**<br>6716 GRADE LN BLDG 9 STE 910-PY DEPT<br>LOUISVILLE, KY  40213-3439 | Trustee Claim Number:25  INT %: 0.00%<br>Court Claim Number:24<br>CLAIM:  4,990.72<br>COMMENT:  SEARS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5906 |
| **SYNCHRONY BANK BY AIS INFOSOURCE LP AS**<br>DEPT 888 PO BOX 4457<br>HOUSTON, TX  77210-4457 | Trustee Claim Number:26  INT %: 0.00%<br>Court Claim Number:21<br>CLAIM:  5,769.79<br>COMMENT:  LOWES/GEMB*COA*DOC 74 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1220 |
| **SYNCHRONY BANK BY AIS INFOSOURCE LP AS**<br>DEPT 888 PO BOX 4457<br>HOUSTON, TX  77210-4457 | Trustee Claim Number:27  INT %: 0.00%<br>Court Claim Number:22<br>CLAIM:  4,195.61<br>COMMENT:  SAMS CLUB/GEMB*COA*DOC 75 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2456 |
| **SYNCHRONY BANK BY AIS INFOSOURCE LP AS**<br>DEPT 888 PO BOX 4457<br>HOUSTON, TX  77210-4457 | Trustee Claim Number:28  INT %: 0.00%<br>Court Claim Number:20<br>CLAIM:  4,559.44<br>COMMENT:  WALMART/GEMB*COA*DOC 73 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9039 |
| **TD BANK NA(*)**<br>ATTN BANKRUPTCY DEPT ME 100-39<br>POB 9547<br>PORTLAND, ME  04112 | Trustee Claim Number:29  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  ALLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5130 |
| **FREDERIC I WEINBERG ESQ**<br>THE LAW OFCS OF FREDERIC I WEINBERG & AS<br>375 E ELM ST STE 210<br>CONSHOHOCKEN, PA  19428 | Trustee Claim Number:30  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |

# CLAIM RECORDS

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **WELTMAN WEINBERG & REIS CO LPA**<br>2500 KOPPERS BUILDING<br>436 SEVENTH AVE<br>PITTSBURGH, PA 15219-1842 | Trustee Claim Number:31 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **PHELAN HALLINAN DIAMOND & JONES LLP**<br>C/O PMB SSS ACQUISITION<br>PO BOX 8990<br>TURNERSVILLE, NJ 08012-8990 | Trustee Claim Number:32 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: BANK OF NY MELLON/PRAE | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **NEW RESIDENTIAL MORTGAGE LOAN TRUST 20**<br>C/O NATIONSTAR MORTGAGE LLC<br>PO BOX 619094<br>DALLAS, TX 75261-9741 | Trustee Claim Number:33 INT %: 0.00%<br>Court Claim Number:23<br>CLAIM: 959.28<br>COMMENT: CL23GOV*$2500/PL@SLS*THRU 7/19*FR SLS*DOC 34 | | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 3411 |
| **BANK OF AMERICA NA\*\***<br>PO BOX 660933<br>DALLAS, TX 75266 | Trustee Claim Number:34 INT %: 0.00%<br>Court Claim Number:17<br>CLAIM: 0.00<br>COMMENT: 600/PL~2ND*NO ARRS/CL | | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 3817 |
| **WEST HOMESTEAD BOROUGH (SWG)**<br>C/O JORDAN TAX SVC - DLNQ CLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number:35 INT %: 10.00%<br>Court Claim Number:18<br>CLAIM: 92.32<br>COMMENT: CL18GOV*NT/SCH-PL*132-F-92*SVC THRU 7/16*WNTS 10%*W/36 | | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 2F92 |
| **WEST HOMESTEAD BOROUGH (SWG)**<br>C/O JORDAN TAX SVC - DLNQ CLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number:36 INT %: 0.00%<br>Court Claim Number:18<br>CLAIM: 6.90<br>COMMENT: CL18GOV*NT/SCH-PL*132-F-92*SVC THRU 7/16*NON %*W/35 | | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 2F92 |
| **JEFFREY R HUNT ESQ**<br>GRB LAW<br>525 WILLIAM PENN PLACE STE 3110<br>PITTSBURGH, PA 15219 | Trustee Claim Number:37 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: W HOMESTEAD/PRAE | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **ALLY BANK(\*)**<br>ATTN TRUSTEE PAYMENT CENTER<br>PO BOX 78367<br>PHOENIX, AZ 85062-8367 | Trustee Claim Number:38 INT %: 0.00%<br>Court Claim Number:019<br>CLAIM: 0.00<br>COMMENT: CL19GOV@PIF*$395.64/CL*$0 ARRS/PL*W/3 | | CRED DESC: VEHICLE<br>ACCOUNT NO.: 2298 |
| **DUQUESNE LIGHT COMPANY(\*)**<br>ATTN. LITIGATION COUNSEL<br>411 SEVENTH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA 15219 | Trustee Claim Number:39 INT %: 0.00%<br>Court Claim Number:26<br>CLAIM: 179.58<br>COMMENT: NT/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8009 |
| **RAS CRANE LLC**<br>10700 ABOTT'S BRIDGE RD STE 170<br>DULUTH, GA 30097 | Trustee Claim Number:40 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NEW RESIDENTIAL MORT/PRAE | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |

| CLAIM RECORDS | | |
|---|---|---|
| **KML LAW GROUP PC*** <br> 701 MARKET ST STE 5000 <br><br> PHILADELPHIA, PA  19106 | Trustee Claim Number:41  INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  NEW RESIDENTIAL MORT/PRAE | CRED DESC:  NOTICE ONLY <br> ACCOUNT NO.: |
| **KML LAW GROUP PC*** <br> 701 MARKET ST STE 5000 <br><br> PHILADELPHIA, PA  19106 | Trustee Claim Number:42  INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  BANK OF NY MELLON/PRAE | CRED DESC:  NOTICE ONLY <br> ACCOUNT NO.: |
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC** <br> ATTN BANKRUPTCY NOTICING <br> 4515 N SANTA FE AVE DEPT APS <br><br> OKLAHOMA CITY, OK  73118 | Trustee Claim Number:43  INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  ALLY BANK/PRAE | CRED DESC:  NOTICE ONLY <br> ACCOUNT NO.: |